| | |
|---|---|
| From: | "LILA MASTERS" <lilamasters@me.com> |
| Subject: | Re: Fields Deposition |
| Date: | Sat, April 30, 2011 7:02 pm |
| To: | snapp@balancepointfunding.com |

Hi Stacey-
   I have received nothing from Mark and guess that I won't at this point. Disappointing but I have to trust that he is going to do a good job. I am certainly getting very anxious. I have not been able to get a callback from Chuck but suppose that he is "studying" the contract as you suggested.

Hope we can catch up tomorrow-

Lila
On Apr 28, 2011, at 11:08 PM, snapp@balancepointfunding.com wrote:

> Lila:
> I don't know if you were able to make it out of Chicago today, but I just
> wanted you to know that Chuck acknowledged receiving the funding agreement
> today. In addition, I sent him an email indicating that the provision
> that you a I had discussed of 5% for $7,500 had not been included but
> would be in a final document.
>
> Also, I heard from the tv producer today. She had a change of plans.
> Evidently, she had to be somewhere for a story on Tuesday evening and
> could only do drinks. That being the case, I suggested that we Skype
> instead, since I would be making a special trip to NY for the dinner. We
> set next Thursday for our Skype meeting.
>
> Still not depo questions from Mark Mason?
>
> I will wait to hear from either you or Chuck. Safe travels.
> Stacey
>
>
>
>
>
>
>>
>> Sent from my Verizon Wireless BlackBerry
>>
>> -----Original Message-----
>> From: "Jennifer S. Selan" <Jennifer@masonlawfirm.com>
>> Date: Thu, 28 Apr 2011 08:58:15
>> To: LILA MASTERS<lilamasters@me.com>
>> Subject: Fields Deposition
>>
>> Lila,
>>
>>
>>
>> I have scheduled a court reporter and videographer at the request of
>> Mark for the Richard Fields deposition on Monday, May 3. It is through
>> Capital Reporting Company. They will be calling you shortly for
>> payment.
>>
>>
>>
>> Best,
>>
>>
>>
>> Jennifer S. Selan
>>
>> Attorney At Law
>>
>> THE MASON LAW FIRM, P.A.
>>
>> 465 West Coleman Boulevard, Suite 302
>>
>> Mount Pleasant, SC 29464
>>