**From:** lilamasters@me.com <lilamasters@me.com>
**Subject:** Re: (No subject)
**Date:** Sun, October 16, 2011 9:15 pm
**To:** snapp@balancepointfunding.com

Dear Stacey-
    Please send Mark Mason his retainer per our agreement.

Lila

Sent from my Verizon Wireless Phone

------ Reply message ------
From: snapp@balancepointfunding.com
To: <lilamasters@me.com>
Subject:
Date: Sun, Oct 16, 2011 10:11 pm

Lila:

It is my understanding that Mark Mason's law firm and you have executed a retainer agreement. It is also my understanding that the retainer agreement calls for a retainer to be paid to his firm of $15,000. Mark has requested that Balance Point pay that amount to his firm tomorrow.

Kindly send me directions to do so and I will overnight a check to him for Tuesday delivery.

Thank you,
Stacey

**Attachments:**

| untitled-[2].html | |
|---|---|
| Size: | 0.7 k |
| Type: | text/html |

Decl. Napp
Exhibit L-1

**From:** lilamasters@me.com <lilamasters@me.com>
**Subject:** Re: [Fwd: Masters- Magna Legal Services Invoices]
**Date:** Fri, October 28, 2011 11:26 am
**To:** snapp@balancepointfunding.com

---

Please pay the necessary bills.

Sent from my Verizon Wireless Phone

----- Reply message -----
From: snapp@balancepointfunding.com
To: <lilamasters@me.com>
Subject: [Fwd: Masters- Magna Legal Services Invoices]
Date: Fri, Oct 28, 2011 12:45 pm

------------------- Original Message -------------------
Subject: Masters- Magna Legal Services Invoices
From:    "Jennifer S. Selan" <Jennifer@masonlawfirm.com>
Date:    Fri, October 28, 2011 10:37 am
To:      lilamasters@mac.com
         snapp@balancepointfunding.com
Cc:      "Mark A. Mason" <mark@masonlawfirm.com>
         LBrocchini@rpl-law.com
         "David Parker" <Parker@psmlawyers.com>
         rfw@gsjw.com

Lila:
Please advise if are advising Balance Point to pay the attached bills pursuant to your funding budget/agreement.
Thank you,
Stacey Napp


Lila,


I have attached the invoices to be paid to Magna Legal Services for the video deposition of Mark Broadwater and the transcript of the deposition. Please have Ms. Napp take care of these directly.


Best,


Jennifer S. Selan

Attorney At Law

THE MASON LAW FIRM, P.A.

465 West Coleman Boulevard, Suite 302

Mount Pleasant, SC 29464

Main Line: (843) 884-1444

Direct Line: (843) 284-6003

Fax Number: (843) 884-3595

E-mail: jennifer@masonlawfirm.com

Website: www.masonlawfirm.com <blocked::http://www.masonlawfirm.com/>

Decl. Napp
Exhibit L-2

**From:** "LILA MASTERS" <lilamasters@me.com>
**Subject:** Fwd: Masters - Mark Fullerton Investigations Invoice
**Date:** Sun, November 27, 2011 5:24 pm
**To:** snapp@balancepointfunding.com

Please pay this invoice if you believe looks appropriate.

Sent from my iPhone

Begin forwarded message:

> From: Mark Fullerton <fullerton.investigations@gmail.com>
> Date: November 27, 2011 3:50:09 PM MST
> To: snapp@balancepointfunding.com
> Cc: lilamasters@mac.com
> Subject: Re: Masters - Mark Fullerton Investigations Invoice
>
>
> I have attached an invoice for my services regarding the Lila Masters case for November 2011. Let me know if you have any questions. Thank you for allowing me to assist you with this matter.
>
> Mark
>
> Mark Fullerton
> Mark Fullerton Investigations, PC
> fullerton.investigations@gmail.com
> (406) 721.2577
>
>
> CONFIDENTIALITY - This message is intended to be confidential and directed only to the person/entity as addressed above. Furthermore, the contents of this message and any attachment may be subjected to the attorney-client privilege and/or work product doctrine and should not be disclosed to other parties or distributed/copied in any way. If you have received this message by error, please reply by email to inform us and delete any copies from your hard drive.
>
>

**Attachments:**

| untitled-[2.1].html | |
|---|---|
| Size: | 1.6 k |
| Type: | text/html |

| Masters.November 2011 MFI Invoice.pdf | |
|---|---|
| Size: | 88 k |
| Type: | application/pdf |

| untitled-[2.3].html | |
|---|---|
| Size: | 0 k |
| Type: | text/html |

## BALANCE POINT MASTERS SUMMARY OF DISBURSEMENTS
## AS OF 12/7/2011

| | | |
|---|---|---|
| 1) | _____ (court reporter depo of Richard Fields) | $ 685.00 |
| 2) | Parker, Shumaker et al (retainer) | $ 25,000.00 |
| 2) | Reavis, Parent et al (retainer) | $ 25,000.00 |
| 3) | The Mason Law Firm | $ 15,000.00 |
| 4) | Balance Point (reimburse due diligence pursuant to budget) | $ 5,000.00 |
| 5) | Condor Investigations (locate Seidel for service) | $ 100.00 |
| 5) | Gough, Shanahan, Johnson & Waterman | $ 15,000.00 |
| 5) | Parker, Shumaker et al | $ 11,406.39 |
| 6) | Parker, Shumaker et al | $ 59,847.87 |
| 7) | Karl Knukel, Esq. (pursuant to BP budget item) | $ 2,120.00 |
| 8) | Momentus Insurance (pursuant to BP budget item) | $ 8,853.80 |
| 8) | Condor Investigations (bank and brokerage searches) | $ 4,270.00 |
| 9) | Balance Point (reimb trip to meet with Dave Parker) | $ 524.72 |
| 10) | Balance Point (review Broadwater production files) | $ 1,000.00 |
| 11) | Balance Pont (cont review and itemize Broadwater docs) | $ 2,000.00 |
| 12) | Balance Point (reimb FexEx Broadwater files to Parker) | $ 148.72 |
| 13) | Balance Point (review & summarize Citibank production) | $ 800.00 |
| 14) | Balance Point (FedEx check to Waterman) | $ 26.65 |
| 15) | Balance Point (FedEX check to Mason) | $ 34.59 |
| 17) | Lila Masters ( for special master review of docs) | $ 1,000.00 |
| 18) | Magna Legal Services (Broadwater depo) | $ 3,322.85 |
| 19) | Magna Legal Services (Tim Scrantom's depo part I) | $ 3,106.55 |
| 20) | Loeb & Loeb (pursuant to BP budget item) | $ 10,434.00 |
| 20) | Momentus Insurance (E&O pursuant to BP allowance in budget) | $ 2,196.92 |
| 21) | Balance remaining due from Exhibit B Section 2 | $ 1,530.00 |
| 22) | Balance remaining due from Exhibit B Section 5 | $ 4,750.00 |
| 23) | Parker Shumaker | $ 35,387.96 |
| 24) | Karpman & Associates | $ 10,600.00 |
| 25) | Magna Legal Services (Tim's depos) | $ 5,107.85 |
| | | $254,253.02 |

Funding Credits Due Balance Point

| | | |
|---|---|---|
| 1) | May s/s of $10,000 | $ 2,500.00* |
| 2) | June s/s of $10,000 | $ 2,500.00* |
| 3) | July s/s of $10,000 | $ 2,500.00* |
| 4) | August s/s of $10,000 | $ 2,500.00* |
| 5) | September s/s of $10,000 | $ 2,500.00* |
| 2) | October s/s of $10,000 | $ 2,500.00 |
| 4) | November s/s of $10,000 | $ 2,500.00 |
| 5) | December s/s of $10,000 | $ 2,500.00 |

Decl. Napp
Exhibit L-4

$ 20,000.00

| TOTAL AMOUNT FUNDED TO DATE: | $274,253.02 |
|---|---|

\* Pursuant to original Purchase Agreement and under consideration for waiver pending final resolution of all matters

Reviewed and confirmed
By: _____  12/
      Lila Masters

Decl. Napp
Exhibit L-5

```
--------------------------- Original Message ---------------------------
-
Subject: Re: Pending bills
From:    "lila masters" <lilamasters@me.com>
Date:    Sat, October 22, 2011 9:01 am
To:      "Stacey Napp" <snapp@balancepointfunding.com>
------------------------------------------------------------------------
-

I will need your assistance in doing so.
On Oct 21, 2011, at 5:03 PM, Stacey Napp wrote:

> Lila:
> Please review The pending bills from Parker Shumaker as well as Reavis
> Parent. We have to advise both attorneys if the furred bills are
> acceptable and then BP will need to pay.please get back to me on both
> bills by Sunday evening.
> Thank you,
> Stacey
>
> Sent from my iPhone
```

Decl. Napp
Exhibit L-6

```
--------------------------- Original Message ---------------------------
-
Subject: Re: Daphne Hamilton
From:    "LILA MASTERS" <lilamasters@mac.com>
Date:    Wed, November 9, 2011 2:01 pm
To:      "snapp@balancepointfunding.com" <snapp@balancepointfunding.com>
Cc:      "Ronald F. Waterman" <rfw@gsjw.com>
         "David Parker" <parker@psmlawyers.com>
         "snapp@balancepointfunding.com" <snapp@balancepointfunding.com>
-----------------------------------------------------------------------
-
```
Pay any bill you like , Stacey. I am totally and emotionally exhausted
and really would like to quit.
I feel in the end that all everyone wants is the last little bit of self
esteem and dignity that I have so go
for it.
The system certainly failed me.

Respectfully to you all.

Sent from my iPad

On Nov 9, 2011, at 2:52 PM, snapp@balancepointfunding.com wrote:

> This is NOT a material issue, it is an emotional one. We do not have
> the luxury of going down dead ends. We have looked at it, Tim has
> explained it in his depo and it is not a big ticket item for you.
>
> What is material is the pending bills I have sent to you and you
> getting the history of your expenditures done asap.
> Please send me an email regarding the former today.
> Thank you,
> Stacey
>
>
>> Twice monthly payments were made to these old friends from Tim's bank
>> account and it seems as if he was using their credit cards.Stacey may
>> have sent you these statements.
>>
>> Sent from my iPad
>>
>> On Nov 9, 2011, at 2:27 PM, "Ronald F. Waterman" <rfw@gsjw.com> wrote:
>>
>>> Lila:  I am not certain that I understand this message.  Can you be
>>> more specific about who this person is and what credit cards they
>>> are referring to. RFW
>>>
>>>
>>>
>>> This e-mail is confidential and may be privileged.  Use or
>>> disclosure of it by anyone other than a designated addressee is
>>> unauthorized.  If you are not an intended recipient, please delete
>>> this e-mail from the computer on which you received it.
>>>

Decl. Napp
Exhibit L-7

```
>>> *****************************************************************
>>>
>>> HOW TO REACH ME
>>>
>>> Ronald F. Waterman
>>> Gough, Shanahan, Johnson and Waterman
>>> 33 So. Last Chance Gulch
>>> P.O. Box 1715
>>> Helena, MT  59624
>>>
>>> Phone:  (406) 442-8560
>>> Fax:    (406) 442-8783
>>> E-mail   rfw@gsjw.com
>>>
>>> -----Original Message-----
>>> From: LILA MASTERS [mailto:lilamasters@mac.com]
>>> Sent: Wednesday, November 09, 2011 1:16 PM
>>> To: David Parker; Ronald F. Waterman; snapp@balancepointfunding.com
>>> Subject: Daphne Hamilton
>>>
>>> Daphne called to say that she was sure that I would be hearing from
>>> "my lawyers" that they had been allowing Tim to use their credit
>>> cards. She said she had kept very good records and that they had
>>> been afforded lots of great "benefits " from the card providers for
>>> being such big spenders but that there was nothing to hide and that
>>> it would be a waste of time and money to look into it. I told her I
>>> was unable to discuss the matter but thanked her for her call.
>>>
>>> Sent from my iPad
>>>
>>>
>>
>
>
```
Decl. Napp
Exhibit L-8

```
--------------------------- Original Message ---------------------------
Subject: Re: Payments
From:    "LILA MASTERS" <lilamasters@me.com>
Date:    Sun, November 13, 2011 9:17 pm
To:      "Stacey Napp" <snapp@balancepointfunding.com>
------------------------------------------------------------------------
```

We need to pay Ron Waterman some sort of retainer. I can be available tomorrow to discuss this and
Heidi. Let me know what might work best for you.

Night and thank you-

Lila

Sent from my iPhone

On Nov 13, 2011, at 7:58 PM, Stacey Napp <snapp@balancepointfunding.com> wrote:

> Lila:
> As we discussed, I never provided you with informal bill from Balance Point. It is simply a calculation of 30 hours spent reviewing, tabbing, hi-lighting and indexing all the
> Broadwater docs that were produced and
> 8 hours spent doing the same with the Vitibank docs that were suborned and produced. The total time
> spent was 28 hours at a far below paralegal rate of $100 an hour for a total of $2,809.
>
> With regard to Ron Waterman, no fees have been requested not paid to
> him
yet by Balance Point.
>
> With your below authorization, I will now pay Dave Parker's current
> bill
on Monday.
> You and I will need to designate time tomorrow to go through Heidi's bill and figure out how to handle this matter. Please advise either after 10:00 but before 2:00 tomorrow
when you can do so.
> Thank you,
> Stacey
>
> Sent from my iPad
>
> On Nov 13, 2011, at 12:12 PM, LILA MASTERS <lilamasters@mac.com> wrote:
>
>>
>> Stacey,
>>  I never received the bill from Balance Point but please pay Please
>> pay David Parker's bill Have we paid Ron any funds?

Decl. Napp
Exhibit L-9

```
>>
>> Thank you-
>>
>> Lila
>> Sent from my iPad
```

---

```
-------------------------- Original Message ---------------------------
-
Subject: Re: Invoice from Magna Legal Services
From:    "lila masters" <lilamasters123@gmail.com>
Date:    Thu, December 1, 2011 8:45 am
To:      "Stacey Napp" <snapp@balancepointfunding.com>
-----------------------------------------------------------------------
-

Stacey-
    Please pay for these services which I believe Dave intends to utilize
in his defense.
Thank you.

Lila

On Thu, Dec 1, 2011 at 8:42 AM, Stacey Napp
<snapp@balancepointfunding.com>wrote:

> Lila:
> Please review and advise if you wish to instruct Balance Point to pay.
> Thank you,
> Stacey Napp
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> *From:* "Jennifer S. Selan" <Jennifer@masonlawfirm.com>
> *Date:* December 1, 2011 7:12:12 AM MST
> *To:* <lilamasters@me.com>, <snapp@balancepointfunding.com>
> *Subject:* *Invoice from Magna Legal Services*
>
> ** ** ** ** ** ** **
>
> Lila and Stacy, ****
>
> ** **
>
> Please see attached invoice from Magna Legal Services.****
>
> ** **
>
> Best,****
```

Decl. Napp
Exhibit L-10

> 
> ** **
> 
> ***Jennifer S. Selan*******
> 
> *Attorney At Law*****
> 
> *THE MASON LAW FIRM, P.A.*
> 
> *****465 West Coleman Boulevard, Suite 302*******
> 
> *****Mount Pleasant****, SC 29464*******
> 
> **Main Line**: (843) 884-1444****
> 
> Direct Line: (843) 284-6003 ****
> 
> Fax Number: (843) 884-3595****
> 
> E-mail: jennifer@masonlawfirm.com****
> 
> Website: www.masonlawfirm.com****
> 
> ** **
> 
> ** **
> 
> *******************************
> 
> *CONFIDENTIALITY NOTICE*
> 
> *******************************
> 
> Please note that the information contained in this e-mail does not
> create an attorney client relationship. An attorney-client
> relationship is not established until a signed agreement is made
> between the attorney and prospective client. Nevertheless, the
> information contained in this e-mail transmission is legally
> privileged and confidential. It is intended for the use of the
> individual or company to whom it is directed. If the receiver of this
> e-mail is not the intended recipient, you are hereby notified that no
> privilege is waived by virtue of your inadvertent receipt and that any
> distribution or copying of this e-mail is strictly prohibited by both
> State and Federal communications laws. If you have received this
> e-mail in error, please delete any and all copies of the same from any
media to which it may have been
stored and destroy any hard copies which may have been generated.
> Further, please notify the sender of this e-mail by reply to
> jennifer@masonlawfirm.com or by phone at (800) 264-8533 so that any
> addressing errors may be corrected to prevent future erroneous
> transmissions. Thank you.****
> 
>   ****
> 

Decl. Napp
Exhibit L-11

> **  **
>    **************
>
>
>
>

Decl. Napp
Exhibit L-12

```
--------------------------- Original Message ---------------------------
-
Subject: Re: Any questions on our invoice from two wks ago (or so)?
From:    "Lila Masters" <lilamasters123@gmail.com>
Date:    Thu, December 15, 2011 5:25 pm
To:      "David Parker" <Parker@psmlawyers.com>
Cc:      "snapp@balancepointfunding.com" <snapp@balancepointfunding.com>
------------------------------------------------------------------------
-I authorized Stacey to pay in full.

Sent from my iPhone

On Dec 15, 2011, at 6:10 PM, David Parker <Parker@psmlawyers.com> wrote:

>
>
> David B. Parker
> Partner
>
> <image001.jpg>
>
> 801 S. Figueroa Street, Suite 1200
> Los Angeles, CA 90017-5569
> phone 213.622.4441 fax 213.622.1444
> direct 213.622.6985
> www.psmlawyers.com
>
> This e-mail message and any attachments are confidential and may be
attorney-client privileged. If you are not the intended recipient, please
notify PARKER SHUMAKER MILLS
LLP immediately by telephone at
(213) 622-4441, or by e-mail, and destroy all copies of this message and
any attachments.
> P Please consider the environment before printing this email.
>
```

Decl. Napp
Exhibit L-13

```
-------------------------- Original Message --------------------------
-
Subject: Re: Masters - Mark Fullerton Investigations Invoice
From:    "Lila Masters" <lilamasters123@gmail.com>
Date:    Thu, December 15, 2011 4:29 pm
To:      "snapp@balancepointfunding.com" <snapp@balancepointfunding.com>
----------------------------------------------------------------------
-

I sent it this morning.

Sent from my iPhone

On Dec 15, 2011, at 5:11 PM, snapp@balancepointfunding.com wrote:

> Lila:
> I received your fax. Thank you.  You circles two items but still
> verified the disbursements.  Do you have questions?
>
> Also, I need a written request from you to reallocate the funds in the
> budget from "valuation expert" to "legal fees".  Please send me such a
> request.
> Thank you,
> Stacey
>
>
>> If I had received it, I would have sent it. I don't have it.
>>
>> Sent from my iPhone
>>
>> On Dec 15, 2011, at 3:46 PM, snapp@balancepointfunding.com wrote:
>>
>>> sent it to you hours ago.
>>>
>>>
>>>> Hi Stacey-
>>>>   I was waiting on fax number.
>>>> Lila
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Dec 15, 2011, at 10:33 AM, Stacey Napp
>>>> <snapp@balancepointfunding.com>
>>>> wrote:
>>>>
>>>>> Lila:
>>>>> Can you please scan and email instead of fax?
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Dec 15, 2011, at 9:28 AM, Lila Masters
>>>>> <lilamasters123@gmail.com>
>>>>> wrote:
```

```
>>>>>
>>>>>> Fax number?
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>> On Dec 14, 2011, at 4:22 PM, Stacey Napp
>>>>>> <snapp@balancepointfunding.com> wrote:
>>>>>>
>>>>>>>
>>>>>>> Lila:
>>>>>>> Sorry you are down in the dumps. Awful to lose a sibling. Take a
>>>>>>> mental health day. But I do need to get the approvals and
>>>>>>> request I am waiting for if you want me to pay Dave before I
>>>>>>> head off for vacation next week. I will be unreachable from the
>>>>>>> 25-3rd.
>>>>>>> Feel better.
>>>>>>>
>>>>>>> As to timing of hearing from the court- who knows. I would think
>>>>>>> if Judge Brown does nothing by next Monday we will have to file
>>>>>>> the cert at the Montana Supreme Court.
>>>>>>> Stacey
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>> On Dec 14, 2011, at 3:04 PM, Lila Masters
>>>>>>> <lilamasters123@gmail.com>
>>>>>>> wrote:
>>>>>>>
>>>>>>>> Have not called as feeling so blue today regarding my sister
>>>>>>>> and general state of affairs.
>>>>>>>> Tim has not sent support but had Izzy call and say he possibly
>>>>>>>> could wire the funds to her and she could give it to me. So
>>>>>>>> disturbing.
>>>>>>>> Do you have a sense of a timeline when we will know our status?
>>>>>>>>
>>>>>>>> Lila
>>>>>>>>
>>>>>>>> Sent from my iPhone
>>>>>>>>
>>>>>>>> On Dec 14, 2011, at 12:37 PM, Stacey Napp
>>>>>>>> <snapp@balancepointfunding.com> wrote:
>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Sent from my iPhone
>>>>>>>>>
>>>>>>>>> Begin forwarded message:
>>>>>>>>>
>>>>>>>>>> From: Herman Watson <watlaw@gmail.com>
>>>>>>>>>> Date: December 14, 2011 1:25:00 PM MST
>>>>>>>>>> To: snapp@balancepointfunding.com, lila masters
>>>>>>>>>> <lilamasters@me.com>
>>>>>>>>>> Subject: Fwd: Masters - Mark Fullerton Investigations Invoice
>>>>>>>>>>
```

Decl. Napp
Exhibit L-15

>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> ---------- Forwarded message ----------
>>>>>>>>>> From: Mark Fullerton <fullerton.investigations@gmail.com>
>>>>>>>>>> Date: Wed, Dec 14, 2011 at 1:18 PM
>>>>>>>>>> Subject: Fwd: Masters - Mark Fullerton Investigations Invoice
>>>>>>>>>> To: Chuck Watson <watlaw@gmail.com>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Thanks
>>>>>>>>>>
>>>>>>>>>> ---------- Forwarded message ----------
>>>>>>>>>> From: Mark Fullerton <fullerton.investigations@gmail.com>
>>>>>>>>>> Date: Sun, Nov 27, 2011 at 3:50 PM
>>>>>>>>>> Subject: Re: Masters - Mark Fullerton Investigations Invoice
>>>>>>>>>> To: snapp@balancepointfunding.com
>>>>>>>>>> Cc: lilamasters@mac.com
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> I have attached an invoice for my services regarding the Lila
>>>>>>>>>> Masters case for November 2011.  Let me know if you have any
>>>>>>>>>> questions.  Thank you for allowing me to assist you with this
>>>>>>>>>> matter.
>>>>>>>>>>
>>>>>>>>>> Mark
>>>>>>>>>>
>>>>>>>>>> Mark Fullerton
>>>>>>>>>> Mark Fullerton Investigations, PC
>>>>>>>>>> fullerton.investigations@gmail.com
>>>>>>>>>> (406) 721.2577
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> CONFIDENTIALITY - This message is intended to be confidential
>>>>>>>>>> and directed only to the person/entity as addressed above.
>>>>>>>>>> Furthermore,
>>>>>>>>>> the contents of this message and any attachment  may be
>>>>>>>>>> subjected to the attorney-client privilege and/or work
>>>>>>>>>> product doctrine and should not be disclosed to other parties
>>>>>>>>>> or distributed/copied in any way.  If you have received this
>>>>>>>>>> message by error, please reply by email to inform us and
>>>>>>>>>> delete any copies from your hard drive.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> --
>>>>>>>>>> Mark Fullerton
>>>>>>>>>> Mark Fullerton Investigations, PC
>>>>>>>>>> fullerton.investigations@gmail.com
>>>>>>>>>> (406) 721.2577
>>>>>>>>>>
>>>>>>>>>>

Decl. Napp
Exhibit L-16

```
>>>>>>>>>> CONFIDENTIALITY - This message is intended to be confidential
>>>>>>>>>> and directed only to the person/entity as addressed above.
>>>>>>>>>> Furthermore,
>>>>>>>>>> the contents of this message and any attachment  may be
>>>>>>>>>> subjected to the attorney-client privilege and/or work
>>>>>>>>>> product doctrine and should not be disclosed to other parties
>>>>>>>>>> or distributed/copied in any way.  If you have received this
>>>>>>>>>> message by error, please reply by email to inform us and
>>>>>>>>>> delete any copies from your hard drive.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>> <Masters.November 2011 MFI Invoice.pdf>
>>>>
>>>
>>>
>>
>
>
```

Decl. Napp
Exhibit L-17

```
-------------------------- Original Message --------------------------
Subject: Re:
From:    "Lila Masters" <lilamasters123@gmail.com>
Date:    Wed, January 18, 2012 10:09 pm
To:      "snapp@balancepointfunding.com" <snapp@balancepointfunding.com>
--------------------------------------------------------------------
```

Stacey-
    This is the first email that I have received other than a response to my inquiry as to how to respond to
Heidi. I am reviewing Ron's bills.
Lila

Sent from my iPhone

On Jan 18, 2012, at 1:33 PM, snapp@balancepointfunding.com wrote:

> Lila:
>
> Please review the bills that Ron has tendered to you and now I from
> September 29th forward that have not been paid by Balance Point.
> Please review and then we can discuss. But clearly, Ron will need
> payment soon, and certainly before the upcoming hearing.
> Thank you,
> Stacey
>

Decl. Napp
Exhibit L-18