

FILED
JAN 18 2013
Clerk, U.S District Court
District Of Montana
Butte

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| BALANCE POINT DIVORCE FUNDING, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>LILA MASTERS,<br><br>    Defendant, Counterclaimant, and Third-Party Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-5, and JANE DOES 1-5,<br><br>    Defendants,<br><br>vs.<br><br>STACEY NAPP,<br><br>    Third-Party Defendant. | CV 12-40-BU-SEH<br><br>ORDER |

Upon the record made in open court on January 18, 2013,

ORDERED:

1.  Defendant's Motion for Relief of Court Notice Obligations,[1] Additional Motion for Relief of Court Notice Obligations,[2] and Notice to Court and Motion for Ruling on Lila Masters' Motion for Relief of Court Notice Obligations[3] are DENIED without prejudice, subject to renewal upon the conditions stated by the Court.

2.  Plaintiff's Motion for Partial Summary Judgment: Contract Enforceability[4] and Motion for Preliminary Injunction[5] are DENIED without prejudice, subject to renewal upon the conditions stated by the Court.

DATED this 18th day of January, 2013.

*Sam E Haddon*

SAM E. HADDON
United States District Court

---

[1] Document No. 56.

[2] Document No. 57.

[3] Document No. 59.

[4] Document No. 69.

[5] Document No. 73.