Todd Shea
Shea Law Firm, PLLC
225 East Mendenhall
Bozeman, MT 59715
Telephone: (406) 587.3950
Facsimile: (406) 587-9752
Email: toddshea@shealawoffice.net

*Attorney for Lila Masters*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BALANCE POINT DIVORCE FUNDING, LLC, a Nevada Limited Liability Company, on Behalf of itself and as the Managing member of BALANCE POINT FUNDING NUMBER I, LLC,<br>Plaintiffs, Counter Defendants,<br><br>v.<br><br>LILA MASTERS,<br>Counterclaimant, Third-Party Plaintiff and Defendant,<br><br>v.<br><br>JOHN DOES 1-5, and JANE DOES, 1-5,<br>Defendants,<br><br>v.<br><br>STACEY NAPP, Third-Party Defendant, and John Does 1-5. | CAUSE NO. CV-12-40-BU-SEH<br><br><br><br><br><br>STIPULATION |

Pursuant to the Court's directive on May 31, 2013, Lila Masters hereby enters into this Stipulation. Specifically, Lila Masters will not further disclose Balance Point's confidential documents specifically including the Purchase Agreements. Notwithstanding this, Ms. Masters, through her counsel, may disclose Balance Point's confidential documents, including the Purchase Agreements, to her retained expert witnesses or expert consultants for this litigation. All expert witnesses or expert consultants who are provided with Balance Point confidential documents will sign a non-disclosure agreement requiring them not to disseminate the documents. Respectfully submitted this 10th day of June, 2013.

_____
Lila Masters


/s/ Todd Shea_____
Todd Shea
Attorney for Lila Masters

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2013, a copy of the foregoing document was served upon the following by:

| | |
|---|---|
| Charles E. Hansberry<br>Jeffrey Roth<br>Garlington, Lohn, Robinson<br>PO Box 7909<br>Missoula, MT 59807-7909 | [ ] U.S. Mail<br>[ ] Fax<br>[ ] Express Mail<br>[xxxx] *CM/ECF* filing<br>[ ] Federal Express |

/s/ Todd Shea
Todd Shea
Attorney for Lila Masters

*Balance Point Divorce Funding, LLC v. Lila Masters, et al.*
Stipulation
Page 3 of 3