Todd Shea
Shea Law Firm, PLLC
225 East Mendenhall
Bozeman, MT 59715
Telephone: (406) 587.3950
Facsimile: (406) 587-9752
Email: toddshea@shealawoffice.net

*Attorney for Lila Masters*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BALANCE POINT DIVORCE FUNDING, LLC, a Nevada Limited Liability Company, on Behalf of itself and as the Managing member of BALANCE POINT FUNDING NUMBER I, LLC, | CAUSE NO. CV-12-40-BU-SEH |
| Plaintiffs, | AFFIDAVIT OF TAMMEY CARPITCHER |
| v. | |
| LILA MASTERS, Counterclaimant, Third-Party Plaintiff and Defendant, | |
| v. | |
| JOHN DOES 1-5, and JANE DOES, 1-5, Defendants, | |
| v. | |

*Balance Point Divorce Funding, LLC v. Lila Masters, et al.*
*Affidavit of Tammey Carpitcher*
Page 1 of 4

| | |
|---|---|
| STACEY NAPP, Third-Party Defendant, and John Does 1-5. | ) ) |

I, Tammey Carpitcher, make the follow declaration pursuant to 28 U.S.C. § 1746 and under penalty of perjury:

1. I am a paralegal with the Shea Law Firm, PLLC, and I have personal knowledge of and can attest that the following documents are true and correct copies of the original documents as referred to in the Statement of Undisputed Facts.

Exhibit A – Balance Point Response to Request for Production No. 24.

Exhibit B – Balance Point website pages.

Exhibit C – Pages 30-31, 88, 120-121, 132, 148-149, 152 of Ron Waterman deposition.

Exhibit D – 7/18/11 memo from S. Napp to Counsel

Exhibit E – 9/2/11 Email from S. Napp to L. Masters

Exhibit F – Funding Document. This is not attached as Balance Point has objected to it being provided to the Court in an unsealed fashion. A subsequent Notice to the Court will be filed concerning this.

Exhibit G - 9/20/11 Email from Ms. Napp to Mr. Waterman.

Exhibit H – Consulting Agreement. This is not attached as Balance Point has objected to it being provided to the Court in an unsealed fashion. A subsequent Notice to the Court will be filed concerning this.

Exhibit I – Emails between Stacey Napp and Counsel.

Exhibit J – 10/1/11 Invoice from Mr. Parker.

Exhibit K – 11/1/11 invoice from Mr. Parker.

Exhibit L – 2/1/12 email from Ms. Napp to Ms. Masters

Exhibit M – 4/13/12 Glaser letter to Juridica

Exhibit N – Notice of Interest

Exhibit O – 6/22/12 letter to Juridica

Exhibit P – 8/30/12 email from Charles Hansberry to Christopher Gillette

Exhibit Q – Balance Point lawsuit filed February 14, 2013

Exhibit R – Scrantom lawsuit filed March 27, 2013

Exhibit S – Scrantom Lawsuit filed May 17, 2013.

Respectfully submitted this 27th day of June 2013.

*(signature)*
Tammey Carpitcher

State of Montana        )
                                    ss.
County of Gallatin       )

Subscribed and sworn to before me on the 28th day of June, 2012, by

Tammey Carpitcher.

[Notary Seal: Phyllis C. Johnson, Notary Public for the State of Montana, Residing at: Belgrade, Montana, My Commission Expires: October 16, 2015]

Phyllis C. Johnson
Notary Public for the State of Montana
Printed Name: Phyllis C Johnson
Residing at: Belgrade, MT
My Commission Expires: 10/16/2015

*Balance Point Divorce Funding, LLC v. Lila Masters, et al.*
Affidavit of Tammey Carpitcher
Page 4 of 4