Balance Point Divorce Divorce Funding, LLC
9595 Wilshire Blvd, Suite 900
Beverly Hills, CA 90212
Ronald A. Bender, Esq.
WORDEN THANE P.C.
Attorneys at Law
P.O. Box 4747
Missoula, Montana 59806-4747
Telephone: (406) 721-3400

Attorneys for Balance Point Divorce Funding, LLC

## MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT
## GALLATIN COUNTY

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>TIMOTHY D. SCRANTOM,<br><br>Petitioner,<br><br>and<br><br>LILA S. MASTERS,<br><br>Respondent. | Cause No. DR 09-318A<br><br>NOTICE OF INTEREST OF BALANCE POINT DIVORCE FUNDING, LLC |

Notice is hereby given that pursuant to the September 29, 2011 First Amended and Restated Purchase Agreement, the Respondent LILA S. MASTERS, sold, assigned, and transferred, for good and valuable consideration, to BALANCE POINT DIVORCE FUNDING, LLC, 9595 Wilshire Blvd, Suite 900, Beverly Hills, CA 90212, an undivided twenty-five (25%) interest in Respondent's Marital Asset Claims including any and all claims granted to Respondent against Petitioner, including any and all

rights and the proceeds of any judgment decree as to marital property and maintenance.

Dated this 22 day of June, 2012.

        WORDEN THANE P.C.
        Attorneys for Balance Point Divorce Funding, LLC

        By: _____
            Ronald A. Bender