Charles E. Hansberry
Jeffrey M. Roth
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
cehansberry@garlington.com
jmroth@garlington.com

Attorneys for Plaintiff and Counter-Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BALANCE POINT DIVORCE FUNDING, LLC, a Nevada Limited Liability Company, on behalf of itself and as the managing member of BALANCE POINT FUNDING NUMBER I, LLC, a Delaware Limited Liability Company<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LILA MASTERS,<br><br>　　　　Defendant,<br>　　　　Counterclaimant,<br>　　　　Third-Party Plaintiff,<br>　v.<br><br>JOHN DOES 1-5, and<br>JANE DOES 1-5,<br><br>　　　　Defendants,<br><br>　v.<br><br>STACEY NAPP,<br><br>　　　　Third-Party Defendant. | Cause No. CV-12-40-BU-SEH<br><br><br><br><br><br><br><br><br><br>BALANCE POINT DIVORCE FUNDING, LLC'S MOTION FOR SUMMARY JUDGMENT: CONTRACT ENFORCEABILITY |

1416837

1

Plaintiff Balance Point Divorce Funding, LLC ("BP"), on behalf of itself and as the managing member of Balance Point Divorce Funding, LLC, by its counsel and pursuant to Federal Rule of Civil Procedure 56, moves the Court for summary judgment that its funding contract with Defendant Lila Masters ("Masters") is valid and enforceable and the uncontroverted facts do not establish the following contract avoidance defenses as a matter of law: (1) waiver/laches; (2) contrary to public policy, express provisions of law and good morals; (3) usury; (4) estoppel; (5) contract of adhesion; (6) unconscionability; (7) fraudulent inducement; (8) champerty; and (9) undue influence.  Masters' Ans. Def.'s 2d Amend. Compl. (Dkt. 114 at 16-20) (Affirmative Defenses 1,5,6,7, 10, 11, 12&13, 14, 15).

BP's motion is supported by the following:  (a) Plaintiff's Statement of Uncontroverted Facts; (b) Plaintiff's Brief in Support of Motion for Summary Judgment: Contract Enforceability; and (c) the affidavits/exhibits, either previously filed or filed contemporaneously and cited to in the Statement of Uncontroverted Facts.

Counsel for Lila Masters has been contacted and opposes this motion.

DATED this 28th day of June, 2013.

    /s/  Charles E. Hansberry
Attorneys for Plaintiff, Balance Point
Divorce Funding, LLC

2

1416837